ACCEPTED
03-15-00279-CV
5887381
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 4:14:21 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00279-CV

In the Court of Appeals for the
Third District of Texas at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 4:14:21 PM
JEFFREY D. KYLE
~~Clerk~~

THE CITY OF HOUSTON,

*Appellant*

v.

KEN PAXTON, ATTORNEY GENERAL OF TEXAS,

*Appellee*

On Appeal from the 261st Judicial District Court
Travis County, Texas
Trial Court Case No. D-1-GN-14-001654

## Unopposed Motion for Extension of Time to File Brief of Appellant

To the Honorable Third Court of Appeals:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), Appellant, the City of Houston files this motion for a 30-day extension of time to August 5, 2015, to file its Brief of Appellant, and in support respectfully would show:

1. The Clerk's Record was filed on June 5, 2015, generating a due date for Appellant's Brief of July 6, 2015.

2. No previous extensions of time have been requested for this brief.

3.    The undersigned will be out of the office from July 3 to July 7, 2015, on a long-planned, prepaid vacation.

4.    The undersigned has a busy trial and appellate practice with the City. Among other briefs and commitments that have recently demanded the undersigned's time and attention or are upcoming are: 1) *City of Houston v. Ken Paxton, Attorney General of Texas*, No. 03-15-00093-CV, in the Court of Appeals for the Third District of Texas, Brief of Appellant filed June 24, 2015; 2) *In re West Crestmont Houston USA, LLC*, No. 14-15-00509-CV, in the Court of Appeals for the Fourteenth District of Texas, Response to Petition for Writ of Mandamus due June 30, 2015; and 3) *Bertha M. Fontenot, et al. v. City of Houston, et al.*, No. 14-20763, in the United States Court of Appeals for the Fifth Circuit, Brief of Appellees due July 22, 2015.

5.    This motion is not being brought for delay, but so that justice may be done.

6.    This motion is unopposed.

For these reasons, Appellant, the City of Houston, respectfully asks that the Court grant a 30-day extension of time to August 5, 2015, to file its Brief of Appellant, and grant any other relief to which it is entitled.

Respectfully submitted,

DONNA L. EDMUNDSON
City Attorney
JUDITH L. RAMSEY
Chief, General Litigation Section

By:  /s/ Mary Beth Stevenson
    Mary E. ("Mary Beth") Stevenson
    Assistant City Attorney
    SBN: 24072366
    CITY OF HOUSTON LEGAL
    DEPARTMENT
    900 Bagby, 4th Floor
    Houston, Texas 77002
    Telephone:  832.393.6269
    Facsimile:   832.393.6259
    marybeth.stevenson@houstontx.gov

*Attorneys for Appellant City of Houston*

**Certificate of Conference**

I hereby certify that I have conferred with Appellee's counsel and that Appellee is unopposed to this motion.

/s/ *Mary Beth Stevenson*
Mary E. ("Mary Beth") Stevenson

**Certificate of Service**

I hereby certify that on this 30th day of June, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

Kimberly L. Fuchs
Assistant Attorney General
Open Records Litigation
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
kimberly.fuchs@texasattorneygeneral.gov

*Attorney for Appellee*

/s/ *Mary Beth Stevenson*

Mary E. ("Mary Beth") Stevenson